UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GORDON LEE SHIVELY, | Case No. 25-10115 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| DERRY, *et al.*, | Elizabeth A. Stafford |
| | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**THE MAGISTRATE JUDGE'S DECEMBER 8, 2025**
**REPORT AND RECOMMENDATION (ECF No. 42)**

Currently before the court is Magistrate Judge Elizabth A. Stafford's December 8, 2025 Report and Recommendation. (ECF No. 42). Magistrate Judge Stafford recommends that (1) Defendant Lindahl's motion to dismiss be granted in part and denied in part; (2) Shively's motion for default judgment be denied; and (3) the official capacity claims against Stricklin and Derry be *sua sponte* dismissed. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees

with the Magistrate Judge's recommended disposition.  Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 42), **GRANTS** in part and **DENIES** in part Defendant Lindahl's motion to dismiss, **DENIES** Plaintiff's motion for default judgment, and **DISMISSES** the official capacity claims against Defendants Stricklin and Derry.

**SO ORDERED**.

Date: January 21, 2026                                s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge