UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GORDON LEE SHIVELY,<br><br>Plaintiff,<br>v.<br><br>STACY LINDAHL,<br><br>Defendant.<br>_______________________________/ | Case No. 25-10115<br><br>F. Kay Behm<br>United States District Judge<br><br>Elizabeth A. Stafford<br>United States Magistrate Judge |

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 7, 2026 REPORT AND RECOMMENDATION (ECF No. 57)**

Currently before the court is Magistrate Judge Elizabeth A. Stafford's July 7, 2026 Report and Recommendation. (ECF No. 57). Magistrate Judge Stafford recommends dismissing the complaint with prejudice for failure to prosecute and denying Defendant's motion for summary judgment as moot. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. No timely objections have been filed. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate Judge's recommended

disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 57), **DENIES** Defendant's motion for summary judgment as moot (ECF No. 50), and **DISMISSES** the complaint with prejudice.

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge