UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GORDON LEE SHIVELY,

Plaintiff,

v.

STACY LINDAHL,

Defendant.
______________________________/

Case No. 25-10115

F. Kay Behm
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

# **JUDGMENT**

In accordance with the Opinion and Order issued on August 26, 2026, the case is **DISMISSED** with prejudice.

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge